```
              THE UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| C. DONALD WHEATLEY and<br>FREDERICK G. LEVIN,<br><br>        Plaintiffs,<br><br>   v.<br><br>THE GUARDIAN LIFE INSURANCE<br>COMPANY OF AMERICA, et al.,<br><br>        Defendants.<br>_____<br><br>RON GOLDBERG, ET AL.,<br><br>        Plaintiffs,<br><br>   v.<br><br>THE GUARDIAN LIFE INSURANCE<br>COMPANY OF AMERICA, et al.,<br><br>        Defendants. | HON. JEROME B. SIMANDLE<br><br><br><br>Civil No. 06-5228 (JBS-KMW)<br><br><br><br><br><br><br><br><br><br>Civil No. 08-4294 (JBS-KMW)<br><br><br><br><br>**O R D E R** |

This matter is before the Court upon Defendants' consolidated motion for summary judgment [Docket Item 47 in Civil No. 06-5228]; the Court having considered the arguments of both sides; for the reasons discussed in the Opinion of today's date;

IT IS this **16th** day of **December, 2009** hereby

ORDERED that Defendants' motion for summary judgment is **GRANTED**; and it is further

ORDERED that the Clerk of the Court shall close both cases.

                                   **s/ Jerome B. Simandle**
                                   Jerome B. Simandle
                                   United States District Judge